### Wafer, Appellant, *v.* Shihadeh.

734

Argued December 9, 1968. *Franklin D. Rubin*, with him *Fine, Staud & Silverman*, for appellant; *Benjamin E. Zuckerman*, with him *Wright, Spencer, Manning & Sagendorph*, for appellee.

Judgment affirmed.